UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. JONES; ANDREW J.R. THOMAS; MADISON K. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; HANNAH L. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; KATHERINE H. JONES, an incompetent person, by and through her Guardian ad Litem, JONAH P. JONES, 21st CENTURY INSURANCE COMPANY, a California Corporation,<br><br>                                   Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                                   Defendant. | Civil No.   07cv1027-JM (POR)<br><br>**ORDER APPOINTING GUARDIAN AD LITEM FOR PLAINTIFFS MADISON K. JONES AND HANNAH L. JONES**<br><br>**[Doc. No. 3]** |

After reviewing the Petition for Guardian ad Litem and supplemental statements, the Court finds Janet L. Jones an appropriate guardian ad litem to represent the interests of the minors, Madison K. Jones and Hannah L. Jones in the lawsuit currently pending before the United States District Court in the Southern District of California. Accordingly, the Court hereby appoints Janet L. Jones in that capacity.

**IT IS SO ORDERED.**

DATED: July 11, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:       The Honorable Jeffrey T. Miller
          all parties

- 1 -

07cv1027