UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. JONES; ANDREW J.R. THOMAS; MADISON K. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; HANNAH L. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; KATHERINE H. JONES, an incompetent person, by and through her Guardian ad Litem, JONAH P. JONES,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. 07 CV 1027 JM POR<br><br>**JOINT MOTION TO CONTINUE EXPERT REPORT DEADLINE AND THE EXPERT DISCOVERY CUT-OFF**<br><br>TRIAL DATE:　March 23, 2009<br>TIME:　10:00 a.m.<br>COURTROOM:　H<br>MAGISTRATE<br>JUDGE:　Hon. Louisa S. Porter |

Percipient Forest Service witness depositions were continued because of manpower demands caused by forest fires in California. A Mediation is scheduled for August 20-21, 2008.

**WHEREAS,** the parties need further time to incorporate recent discovery into their reports; and

**WHEREAS,** the parties agree that a further two (2) week extension of expert report deadlines and the discovery cut-off would be beneficial;

///

///

///

1

1      **NOW, THEREFORE**, the parties, through their respective counsel, hereby agree, and
2  respectfully request, that the Court order, as follows:
3      The date for the service of the information referred to in Federal Rule of Civil Procedure
4  26(a)(2)(B) by expert report, deposition or answer to expert interrogatory on issues for which that
5  party bears the burden of proof shall be continued to August 25, 2008. The date for service of
6  supplemental designation and reports with evidence intended solely to contradict or rebut evidence
7  on this same subject matter identified by another party shall be continued to September 12, 2008.
8  The deadline for expert discovery to be served, noticed and completed shall be continued to October
9  13, 2008.
10     The Court's Federal Rule of Civil Procedure 16 Pretrial Scheduling Order entered on January
11 29, 2008, remains in full effect in all other respects.
12     Respectfully submitted.
13
14 DATED: August 7, 2008           WINGERT GREBING BRUBAKER & GOODWIN, LLP
15
16                                     By: _____
17                                             James A. Mangione
                                           Attorney for Plaintiffs
18                                            ANDREW J.R. THOMAS; MADISON K. JONES,
                                           a minor, by and through her Guardian ad Litem,
19                                            JANET L. JONES; HANNAH L. JONES, a minor,
                                           by and through her Guardian ad Litem, JANET L.
20                                            JONES; KATHERINE H. JONES, an incompetent
                                           person, by and through her Guardian ad Litem,
21                                            JONAH P. JONES
22 DATED: August 7, 2008           LAW OFFICES OF GRANT B. LUNA
23
24                                     By: _____
                                           Grant B. Luna
25                                            Attorney for Plaintiffs
                                           DAVID S. JONES and
26                                            21st CENTURY INSURANCE COMPANY
27 ///
28 ///

JOINT MOTION TO CONTINUE EXPERT REPORT DEADLINE AND THE EXPERT DISCOVERY CUT-OFF    07 CV 1027 JM POR

| | |
|---|---|
| 1  Dated: August 7, 2008 | KAREN P. HEWITT |
| 2 | United States Attorney |
| 3 | |
| 4 | By: _____ |
|   | DAVID B. WALLACE |
| 5 | Assistant U.S. Attorney |
|   | Attorney for Defendant |
| 6 | THE UNITED STATES OF AMERICA |
|   | U.S. ATTORNEY'S OFFICE |

\* \* \*

**IT IS SO ORDERED.**

DATED: 8/19, 2008

_____
Magistrate Judge Louisa S. Porter