**FILED**

OCT 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

David S. Jones et al.,

    Plaintiff(s),

v.

United States of America,

    Defendant.

CONSENT TO EXERCISE OF LIMITED
JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE AND ORDER OF REFERENCE

CASE NUMBER:  07cv1027-JM (POR)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and FRCP 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge Louisa S. Porter retain jurisdiction over all disputes between and/or among the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement. Kokkonen v. Guardian Life Ins. Co. of America, 114 S. Ct. 1673, 1677 (1994).

| Signatures | Date |
|---|---|
| _David B. Wallace_ | 6 OCT 08 |
| _Act. U.S. Attorney_ | |
| _Counsel for the United States_ | |
| _of America_ | |
| | Oct. 7 - 08 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Louisa S. Porter, United States Magistrate Judge, for the proceedings as stated, in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

10/14/08
Date

_____
United States District Judge
in the absence of Judge Miller