FILED

08 OCT 20 PM 1:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. JONES; ANDREW J.R. THOMAS; MADISON K. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; HANNAH L. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; KATHERINE H. JONES, an incompetent person, by and through her Guardian ad Litem, JONAH P. JONES, 21st CENTURY INSURANCE COMPANY, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  07 CV 1027 JM (POR)<br><br>[PROPOSED] ORDER APPROVING MINOR'S COMPROMISE FOR MINOR HANNAH L. JONES<br><br>DATE:          October 2, 2008<br>TIME:           2:00 p.m.<br>COURTROOM:  H<br>JUDGE:         Hon. Louisa S. Porter |

The Court having read and considered the Petition for Authority to Compromise the claim of Hannah L. Jones, a minor, and the matter having been heard this date, the Court finds that the best interest of the minor would be served by compromise of the claim against the party named in the Petition.

**IT IS HEREBY ORDERED** that Petitioner is authorized to compromise the claim of the minor in the benefit amount of $ 671, 825.°°

///

///

1

///

**IT IS FURTHER ORDERED** that Petitioner is authorized and directed to execute and deliver to the Payor such releases, acquittances and dismissals as shall be proper.

DATED: _Oct, 17,_ 2008

JUDGE LOUISA S. PORTER

[PROPOSED] ORDER APPROVING MINOR'S COMPROMISE                    07 CV 1027 JM (POR)