FILED

08 OCT 20 PM 1:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. JONES; ANDREW J.R. THOMAS; MADISON K. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; HANNAH L. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; KATHERINE H. JONES, an incompetent person, by and through her Guardian ad Litem, JONAH P. JONES, 21st CENTURY INSURANCE COMPANY, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 07 CV 1027 JM (POR)<br><br>[PROPOSED] ORDER APPROVING THE SETTLEMENT OF KATHERINE H. JONES, AN INCOMPETENT PERSON<br><br>DATE: October 2, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: H<br>JUDGE: Hon. Louisa S. Porter |

The Court having read and considered the Petition for authority to settle the claim of Katherine H. Jones, an incompetent person, and the matter having been heard this date, the Court finds that the best interest of the incompetent person, Katherine H. Jones would be served by settlement of the claim against the party named in the Petition.

**IT IS HEREBY ORDERED** that Petitioner is authorized to settle the claim of the incompetent person in the benefit amount of $ 5,000,000.00

///

///

///

1

**IT IS FURTHER ORDERED** that Petitioner is authorized and directed to execute and deliver to the Payor such releases, acquittances and dismissals as shall be proper.

DATED: 10/17/08

JUDGE LOUISA S. PORTER

2

ORDER                                                        07 CV 1027 JM (POR)