1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   DAVID S. JONES; ANDREW J.R.                    CASE NO. 07 CV 1027 JM POR
     THOMAS; MADISON K. JONES, a minor,
12   by and through her Guardian ad Litem,          **ORDER GRANTING JOINT**
     JANET L. JONES; HANNAH L. JONES, a             **MOTION TO CONTINUE PRE-**
13   minor, by and through her Guardian at Litem,   **TRIAL DATE, TRIAL DATE AND**
     JANET L. JONES; KATHERINE L. JONES,            **TRIAL RELATED DATES**
14   an incompetent person, by and through her
     Guardian at Litem, JONAH P. JONES,             Doc. No. 60
15
                                   Plaintiffs,
16
             vs.
17
18   UNITED STATES OF AMERICA,

19                                 Defendant.

20          The court having read and considered the parties' Joint Motion to Continue Pre-Trial Date,

21   Trial Date, and Trial Related Dates,

22          **IT IS HEREBY ORDERED** that the pre-trial conference scheduled for February 20, 2009,

23   and the trial date of March 23, 2009, including all trial related dates, be taken off calendar and that

24   this court retain jurisdiction to monitor progress in this case.

25          **IT IS SO ORDERED.**

26   DATED: February 13, 2009

27                                              _____
                                                Hon. Jeffrey T. Miller
28                                              United States District Judge