# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. JONES; ANDREW J.R. THOMAS; MADISON K. JONES, a minor, by and through her Guardian ad Litem, JANET L. JONES; HANNAH L. JONES, a minor, by and through her Guardian at Litem, JANET L. JONES; KATHERINE L. JONES, an incompetent person, by and through her Guardian at Litem, JONAH P. JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 07 CV 1027 JM (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Doc. No. 73 |

Having read and considered the parties' Joint Motion to Dismiss Action with Prejudice, the court hereby **GRANTS** the motion. Accordingly, the action is **DISMISSED** with prejudice as to Defendant, United States of America, with each party to bear its own costs, expenses, and fees.

DATED: July 30, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge